EGBERT L. HAYWOOD v. MARY R. HAYWOOD

No. 181A92

(Filed 12 February 1993)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 106 N.C. App. 91, 415 S.E.2d 565 (1992), affirming in part and reversing in part a judgment and order of equitable distribution, entered by LaBarre, J., on 7 September 1990 in District Court, Durham County. Heard in the Supreme Court 14 January 1993.

*Hunter, Wharton & Lynch, by John V. Hunter III, and Egbert L. Haywood, Jr., for plaintiff-appellee.*

*Randall, Jervis & Hill, by John C. Randall, for defendant-appellant.*

PER CURIAM.

Defendant's petition for discretionary review as to additional issues having been denied on 24 June 1992, our review is limited solely to the issues raised in the dissent. As to each such issue, the decision of the Court of Appeals is reversed for the reasons stated in the dissent by Judge Wynn, 106 N.C. App. at 101, 415 S.E.2d at 571. The case is remanded for further proceedings not inconsistent with this holding.

REVERSED IN PART AND REMANDED.

Justices WHICHARD and PARKER did not participate in the consideration or decision of this case.